## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AETHER THERAPEUTICS INC., <br><br> Plaintiff, <br> v. <br><br> ASTRAZENECA AB, ASTRAZENECA PHARMACEUTICALS LP, and NEKTAR THERAPEUTICS, <br><br> Defendants. | Case No. 20-381-MN |
| AETHER THERAPEUTICS INC., <br><br> Plaintiff, <br> v. <br><br> REDHILL BIOPHARMA INC. <br><br> Defendant. | Case No. 21-248-MN |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants AstraZeneca AB, AstraZeneca Pharmaceuticals LP, Nektar Therapeutics, and RedHill Biopharma Inc. respectfully move this Court for an order granting summary judgment that the asserted claims of U.S. Patent No. 6,713,488 are invalid for anticipation. The grounds for this motion are set forth in the accompanying opening brief and supporting documents filed contemporaneously herewith. A Proposed Order is attached as Exhibit A.

1

| | |
|---|---|
| February 8, 2023 | Respectfully submitted, |
| | McCarter & English, LLP |
| OF COUNSEL: | /s/ Alexandra M. Joyce |
| | Daniel M. Silver (#4758) |
| Jessamyn S. Berniker | Alexandra M. Joyce (#6423) |
| Aaron P. Maurer | Renaissance Centre |
| Adam D. Harber | 405 N. King Street, Eighth Floor |
| Ben Picozzi | Wilmington, DE 19801 |
| Feyilana Lawoyin | (302) 984-6300 |
| Williams & Connolly LLP | dsilver@mccarter.com |
| 680 Maine Ave., SW | ajoyce@mccarter.com |
| Washington, DC 20024 | |
| (202) 434-5000 | Wyley S. Proctor |
| | McCarter & English, LLP |
| *Attorneys for Defendants AstraZeneca AB, AstraZeneca Pharmaceuticals LP, and Nektar Therapeutics* | 265 Franklin Street |
| | Boston, MA 02110 |
| | (617) 449-6500 |
| | wproctor@mccarter.com |
| Michael E. Furrow | |
| Kilpatrick Townsend & Stockton LLP | *Attorneys for Defendants AstraZeneca AB, AstraZeneca Pharmaceuticals LP, Nektar Therapeutics, and RedHill Biopharma Inc.* |
| The Grace Building | |
| 1114 Avenue of the Americas | |
| New York, NY 10036-7703 | |
| (202) 775-8700 | |
| | |
| *Attorneys for RedHill Biopharma Inc.* | |