# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AETHER THERAPEUTICS INC., <br><br> Plaintiff, <br> v. <br><br> ASTRAZENECA AB, ASTRAZENECA PHARMACEUTICALS LP, and NEKTAR THERAPEUTICS, <br><br> Defendants. | Case No. 20-381-MN |
| AETHER THERAPEUTICS INC., <br><br> Plaintiff, <br> v. <br><br> REDHILL BIOPHARMA INC., <br><br> Defendant. | Case No. 21-248-MN |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

By virtue of a Settlement Agreement between the parties, and pursuant to Federal Rules of Civil Procedure 41(a)(l) and 41(c), Plaintiff Aether Therapeutics, Inc. ("Plaintiff") and Defendants AstraZeneca AB, AstraZeneca Pharmaceuticals LP, Nektar Therapeutics, and RedHill Biopharma Inc. (collectively, "Defendants") hereby stipulate and agree that Plaintiff's above-captioned actions against Defendants, including all claims and defenses asserted by Plaintiff against Defendants and all claims and defenses asserted by Defendants against Plaintiff, are hereby dismissed with prejudice and without costs, disbursements, or attorneys' fees to any party. It is further stipulated that the U.S. District Court for the District of Delaware retains jurisdiction to enforce and resolve any disputes arising under the Agreement.

Dated: April 6, 2023

| **STAMOULIS & WEINBLATT LLC** | **MCCARTER & ENGLISH, LLP** |
|---|---|
| */s/ Richard C. Weinblatt* | */s/ Alexandra M. Joyce* |
| Stamatios Stamoulis (#4606) | Daniel M. Silver (#4758) |
| Richard C. Weinblatt (#5080) | Alexandra M. Joyce (#6423) |
| 800 N. West Street, 3rd Floor | Renaissance Centre |
| Wilmington, DE 19801 | 405 N. King Street, 8th Floor |
| Tel: (302) 999-1540 | Wilmington, DE 19801 |
| Stamoulis@swdelaw.com | (302) 984-6300 |
| Weinblatt@swdelaw.com | dsilver@mccarter.com |
| | ajoyce@mccarter.com |
| *Attorneys for Plaintiff* | |
| *Aether Therapeutics, Inc.* | *Attorneys for Defendants AstraZeneca AB, AstraZeneca Pharmaceuticals LP, Nektar Therapeutics, and RedHill Biopharma Inc.* |

SO ORDERED THIS _____ day of _____, 2023.

_____
The Hon. Maryellen Noreika
United States District Judge